**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST
SEATTLE, WA 98101

February 10, 2025

Frederick O Silver
21905 MOUNTAIN HWY E UNIT 4143
SPANAWAY, WA 98387–7583

Your civil action *Silver v. Rubio et al* was filed in the U.S. District Clerk's office at Tacoma on February 7, 2025.

Your case has been assigned Case Number **3:25–cv–05112–JNW,** and has been assigned to Judge Jamal N Whitehead, Presiding Judge.

*All future correspondence with the Court must contain the entire case number as indicated above.*

Thank you,

RAVI SUBRAMANIAN, *Clerk*

s/*Deputy Clerk*

cc: file