UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FREDERICK O. SILVER,<br><br>               Plaintiff,<br><br>   v.<br><br>MARCO ANTONIO RUBIO and ROBERT F. KENNEDY JR.,<br><br>               Defendants. | CASE NO. C25-5112 JNW<br><br>ORDER DENYING MOTION FOR SERVICE AS MOOT |

This matter comes before the Court on Plaintiff's Motion for Court Order on Service of Process by U.S. Marshal. (Dkt. No. 10.) Through his Motion, Plaintiff asks the Court to order the U.S. Marshal to serve Defendants. But Plaintiff has since filed certificates of service on both Defendants. (Dkt. No. 11.) As such, the relief he requests is now no longer needed or proper. For these reasons, the Court DENIES the Motion as MOOT.

\\

\\

ORDER DENYING MOTION FOR SERVICE AS MOOT - 1

1 | The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

2 | Dated April 1, 2025.

*[signature]*

Marsha J. Pechman
United States Senior District Judge