District Judge Jamal N. Whitehead

1

2

3

4

5

6

7    UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
8    AT TACOMA

9

| | |
|---|---|
| FREDERICK O. SILVER,<br><br>                    Plaintiff,<br><br>        v.<br><br>MARCO ANTONIO RUBIO, in his official and individual capacity, and ROBERT F. KENNEDY JR., in his official and individual capacity,<br><br>                    Defendants. | Case No. 3:25-cv-05112-JNW<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION AND FOR FAILURE TO STATE A CLAIM<br><br>Noted for Consideration:<br>June 2, 2025 |

16    The Court, having reviewed the pleadings and materials in this case, hereby **ORDERS**

17    that Defendants' Motion to Dismiss for Lack of Subject-Matter Jurisdiction and for Failure to

18    State a Claim is **GRANTED**.  Plaintiff's Complaint is dismissed with prejudice.

19

20    Dated this ____ day of _____, 2025.

21

22    _____

23    JAMAL N. WHITEHEAD
United States District Judge

24

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO
DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION AND FOR
FAILURE TO STATE A CLAIM
[Case No. 3:25-cv-05112-JNW] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1    Presented by:

2    TEAL LUTHY MILLER
     Acting United States Attorney

3
     *s/ Nickolas Bohl*
4    NICKOLAS BOHL, WSBA No. 48978
     Assistant United States Attorney
5    United States Attorney's Office
     Western District of Washington
6    700 Stewart Street, Suite 5220
     Seattle, Washington 98101-1271
7    Phone: 206-553-4639
     Fax:    206-553-4067
8    Email: nickolas.bohl@usdoj.gov

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO
DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION AND FOR
FAILURE TO STATE A CLAIM
[Case No. 3:25-cv-05112-JNW] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970