District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FREDERICK O. SILVER,<br><br>                   Plaintiff,<br><br>     v.<br><br>MARCO ANTONIO RUBIO, in his official and individual capacity, and ROBERT F. KENNEDY JR., in his official and individual capacity,<br><br>                   Defendants. | Case No. 3:25-cv-05112-JNW<br><br>DEFENDANTS' REPLY IN SUPPORT OF MOTION TO STAY DISCOVERY |

      Plaintiff Frederick Silver opposes Defendants' motion to stay because he has a general right to conduct discovery in a civil case. Defendants do not dispute that and are not seeking a "blanket stay." Rather, they only seek a limited stay based on the pending motion to dismiss. Not only are there impending deadlines for a Joint Status Report and initial disclosures, Silver has already propounded interrogatories, requests for production of documents, and requests for admission to the government. If the Court denies the motion to dismiss, then Defendants are prepared to engage in discovery in the ordinary course and respond appropriately to any propounded discovery.

DEFENDANTS' REPLY IN SUPPORT OF
MOTION TO STAY DISCOVERY
[Case No. 3:25-cv-05112-JNW] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1   But based on Defendants' motion and the Magistrate Judge's finding that Silver has likely not stated a claim, the parties should not have to expend significant resources engaging in discovery at this initial stage for the reasons Defendants provided in its motion to stay. *See* Dkt. 19. Silver's opposition states that Defendants' motion is not dispositive of the matter, but he appears to base that position on an assumption that he will prevail. Dkt. 21, p. 3. Defendants agree that if the Court denies the pending motion to dismiss in its entirety, then the case will continue, and discovery will be necessary. That is not the test, however; it is whether the motion, if granted, would dispose of the entire case. Defendants explained why that is the case in its motion, and Silver does not argue to the contrary. Second, Silver does not establish that discovery is necessary to decide the motion to dismiss. Again, that is the relevant inquiry—not whether discovery may be necessary should he prevail on the motion. Finally, there is no prejudice to Silver because the stay is very limited in nature. And there is no threat of loss of evidence. The agencies have been instructed to issue appropriate litigation holds.

For the reasons Defendants provided in its motion, they respectfully request that the Court stay any discovery in this matter until it decides the Defendants' pending motion to dismiss.

//

//

//

//

DEFENDANTS' REPLY IN SUPPORT OF
MOTION TO STAY DISCOVERY
[Case No. 3:25-cv-05112-JNW] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1  DATED this 13th day of May, 2025.

2  Respectfully submitted,

3  TEAL LUTHY MILLER
   Acting United States Attorney

   *s/ Nickolas Bohl*
5  NICKOLAS BOHL, WSBA No. 48978
   Assistant United States Attorney
6  United States Attorney's Office
   Western District of Washington
7  700 Stewart Street, Suite 5220
   Seattle, Washington 98101-1271
8  Phone: 206-553-7970
   Fax:    206-553-4067
9  Email: nickolas.bohl@usdoj.gov

10 *Attorneys for Defendant*

11 I certify that this memorandum contains 340 words, in compliance with the Local Civil Rules.

DEFENDANTS' REPLY IN SUPPORT OF
MOTION TO STAY DISCOVERY
[Case No. 3:25-cv-05112-JNW] - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970