District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FREDERICK O. SILVER,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARCO ANTONIO RUBIO, in his official and individual capacity, and ROBERT F. KENNEDY JR., in his official and individual capacity,<br><br>　　　　　　　　　Defendants. | Case No. 3:25-cv-05112-JNW<br><br>DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT<br><br>Noted for Consideration:<br>July 28, 2025 |

　　　　In his proposed Second Amended Complaint, Silver no longer names any federal agency or federal official as a defendant and asserts no claims against them. *See* Dkt. 46, Ex. A. Accordingly, the federal defendants understand Silver to have abandoned all claims against them. On this basis, the federal defendants do not oppose Silver's motion for leave to file the proposed Second Amended Complaint.

　　　　The federal defendants respectfully defer to the Court on whether Plaintiff must initiate a new action to proceed solely against a state official or may do so within the existing case. The federal defendants also expressly reserve all rights to oppose any future motion or filing that seeks to proceed against them or reintroduce claims against them.

DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE
TO FILE SECOND AMENDED COMPLAINT
[Case No. 3:25-cv-05112-JNW] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

DATED this 21st day of July, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

*s/ Alixandria K. Morris*
ALIXANDRIA K. MORRIS, TX No. 24095373
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4073
Email: alixandria.morris@usdoj.gov

*Attorneys for Defendants*

I certify that this memorandum contains 120 words, in compliance with the Local Civil Rules.

DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE
TO FILE SECOND AMENDED COMPLAINT
[Case No. 3:25-cv-05112-JNW] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970